**Order entered May 30, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00219-CR

**ANDREW SCOTT LOTT, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F-1240454-M**

## ORDER

The Court **REINSTATES** this appeal.

On April 24, 2014, we ordered the trial court to make findings regarding the plea papers and written bond conditions in this case. We **ADOPT** the findings that: (1) no plea paperwork is missing or lost, and the judicial confession is the only plea paperwork referenced by the trial court in this case; and (2) no written bond conditions were entered in this case.

We **ORDER** the State to file the State's brief within **THIRTY (30) DAYS** from the date of this order.

/s/    LANA MYERS
        JUSTICE